**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6487

GREGORY T. GARY,

Plaintiff – Appellant,

v.

CHARLES B. HANNA, Henrico Police Detective, Individual and
Official Capacity; BILL KEAUKER, Police Investigator,
Individual and Official Capacity; J.D. HEDRICK, HPD
Investigator, Individual and Official Capacity; J.W. ENSOR,
Reporting Officer, Individual and Official Capacity; G.S.
RUSSELL, JR., Review Supervisor, Individual and Official
Capacity,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:10-cv-00104-JBF-FBS)

Submitted: June 1, 2010                 Decided: June 9, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory T. Gary, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory T. Gary appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006) for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gary v. Hanna, No. 2:10-cv-00104-JBF-FBS (E.D. Va. Mar. 23, 2010). We further deny Gary's motion for leave to file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED